LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29060

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
vs.
BARRY SILVER, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 05-1-0282(3))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on June 30, 2010, is hereby corrected as follows:

1.   On page 15, in the first line from the top of the page, the word "cirucit" is misspelled and should be corrected to read "circuit" so that as corrected, the text reads as follows: "and thus the circuit court did not . . . ."

2.   On page 18, in the fourteenth line from the bottom of the page, the word "evidence" was omitted from the beginning of the quoted material and should be inserted before the word "sufficient" in the quoted text so that as corrected, the text reads as follows: "He failed to present "evidence sufficient to support a finding . . . .""

The clerk of the court is directed to incorporate the foregoing changes in the original opinion and take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 15, 2010.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, Foley, and Leonard, JJ.